IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| BEAVER CREEK COOPERATIVE TELEPHONE COMPANY, an Oregon corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 07-645-ST |
| vs. | ) ) | ORDER |
| CLACKAMAS COUNTY, a municipal subdivision of the State of Oregon, | ) ) ) | |
| Defendant. | ) ) | |

Jeremy D. Sacks
Amy Edwards
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, Oregon  97204

Timothy J. O'Connell
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, Washington  98101

Page 1 - ORDER

Richard A. Finnigan
2112 Black Lake Boulevard, S.W.
Olympia, Washington 98512

      Attorneys for Plaintiff

Pamela J. Beery
Matthew James Michel
Beery Elsner & Hammond, LLP
1750 SW Harbor Way, Suite 380
Portland, Oregon 97201-5164

      Attorneys for Defendant

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and

Recommendation on November 21, 2007. The matter is before this court. See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me

of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#44).

IT IS HEREBY ORDERED that defendants' Motion to Dismiss and Alternative Motion for a

More Definite Statement (# 8) is DENIED in part and GRANTED in part, as set forth in the

Findings and Recommendation.

Dated this _____ 17 TH _____ day of December, 2007.

                              _____
                              Garr M. King
                              United States District Judge